**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00324-PAB

KATRINA TERRY,

     Plaintiff,

v.

WSA, LLC,

     Defendant.

---

**DEFAULT JUDGMENT**

---

In accordance with the Order [Docket No. 14] entered by United States District Judge Philip A. Brimmer on December 29, 2014, the following Judgment is hereby entered.  It is

ORDERED that default judgment is hereby entered in favor of plaintiff Katrina Terry and against defendant WSA, LLC in the total amount of $800.00.  It is further

ORDERED that plaintiff Katrina Terry shall be awarded $2,270.00 in attorneys' fees.  It is further

ORDERED that post-judgment interest shall accrue on the amounts awarded in this matter at the legal rate of 0.27 % per annum from the date of entry of judgment.  It is further

ORDERED that, pursuant to 15 U.S.C. § 1692k(a)(3), within 14 days of the entry of judgment, plaintiff may have her costs by filing a bill of costs with the Clerk of the Court.

Dated at Denver, Colorado this 30th day of December, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                        By:  s/   A. García Gallegos
                                  A. García Gallegos
                                  Deputy Clerk